UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL FIRE INSURANCE COMPANY, INC.,

Plaintiff,

- against -

ROYAL WASTE SERVICES, INC., ET ANO.,

Defendants.

26-cv-4885(JGK)

Order

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants, Royal Waste Services, Inc. and Waste Connections of New York, Inc., to answer the complaint was **July 17, 2026**. That date has passed, and no answers have been filed. The time for defendants to answer or respond to the complaint is extended to **August 4, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff shall serve a copy of this Order on defendants and file proof of service on the docket by **July 24, 2026.**

SO ORDERED.

Dated: New York, New York
July 21, 2026

John G. Koeltl
United States District Judge